David BURNET, Commissioner of Internal Revenue, Petitioner, v. Frederick H. DAVIS.

SAME v. Thomas L. DAVIS.

SAME v. Walter R. ROBERTS.

SAME v. Charles T. KOUNTZE and Alice A. Kountze, Executors of Estate of Luther L. Kountze, Deceased.

SAME v. Willis TODD.

Nos. 9665–9669.

Circuit Court of Appeals, Eighth Circuit.

June 26, 1933.

John MacC. Hudson, Sp. Asst. to Atty. Gen. (Sewall Key, Sp. Asst. to Atty. Gen.,

and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Byron M. Coon, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., on the brief), for petitioner.

Kenneth S. Finlayson, of Omaha, Neb. (Edward R. Burke, of Omaha, Neb., on the brief), for respondent.

Before GARDNER, SANBORN, and BOOTH, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel to abide by the decision in Burnet v. Kountze (C. C. A.) 66 F.(2d) 141, the decision of the United States Board of Tax Appeals is affirmed and petition to review is dismissed in each of these cases.